UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Todd M. Horstkotte</u>

     v.         Civil No. 08-cv-138-JL

<u>NH State Prison, Warden</u>

<u>O R D E R</u>

  I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 12, 2008, no objection having been filed.

  SO ORDERED.


June 5, 2008        <u>/s/ Joseph N. Laplante</u>
             Joseph N. Laplante
             United States District Judge


cc: Todd M. Horstkotte, pro se